

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

## NOS. WR-19,518-13 & WR-19,518-14

## EX PARTE RAY HIGHTOWER JR., Applicant

## ON APPLICATIONS FOR WRITS OF HABEAS CORPUS
## CAUSE NOS. 353-D & 354-D IN THE 350ᵀᴴ DISTRICT COURT
## FROM TAYLOR COUNTY

*Per curiam*. HERVEY, J., filed a concurring opinion in which RICHARDSON and NEWELL JJ., joined.

## O R D E R

Applicant was convicted of aggravated kidnapping and indecent exposure and sentenced to life imprisonment in each case. Both the Eleventh Court of Appeals and this Court affirmed his convictions. *Hightower v. State*, 736 S.W.2d 949 (Tex. App.—Eastland 1987); *Hightower v. State*, 822 S.W.2d 48 (Tex. Crim. App. 1991). Applicant filed applications for writs of habeas corpus followed by amended applications for writs of habeas corpus in the county of conviction, and the district clerk forwarded them to this Court. *See* TEX. CODE CRIM. PROC. art. 11.07.

Applicant raises allegations of false evidence, actual innocence, and changes in science that affect the validity of certain trial testimony. The trial court made findings addressing two of

Applicant's three claims and recommended denying relief. Apart from finding of fact 5, we agree with the trial court's findings and conclusions. Based on those findings and this Court's independent review of the entire record, we deny relief on all claims.

Filed: May 12, 2021
Do not publish